BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-00239-MCE-EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 14021 ALCALDE EXTENSION, GRASS VALLEY, CALIFORNIA, NEVADA COUNTY, APN NO: 53-180-29, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper

1 or other vehicle for publication;
2     3.   The defendant real property is located in the city of
3 Grass Valley, Nevada County, California;
4     4.   Plaintiff proposes that publication be made as follows:
5         a.   One publication;
6         b.   Thirty (30) consecutive days;
7         c.   On the official internet government forfeiture
8 site www.forfeiture.gov;
9         d.   The publication is to include the following:
10             (1)   The Court and case number of the action;
11             (2)   The date of the seizure/posting;
12             (3)   The identity and/or description of the
13 property seized/posted;
14             (4)   The name and address of the attorney for the
15 Plaintiff;
16             (5)   A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule G(5) must be filed with the Court and served on the attorney
19 for the Plaintiff no later than 60 days after the first day of
20 publication on the official internet government forfeiture site;
21 and
22             (6)   A statement that answers to the Complaint or
23 a motion under Rule 12 of the Federal Rules of Civil Procedure
24 ("Fed. R. Civ. P.") must be filed and served within 21 days after
25 ///
26 ///
27 ///
28 ///

1  the filing of the claims and, in the absence thereof, default may
2  be entered and condemnation ordered.
3  Dated: 1/8/11                       BENJAMIN B. WAGNER
                                       United States Attorney
4
5
                              By:     /s/ Kelli L. Taylor
6                                     KELLI L. TAYLOR
                                      Assistant U.S. Attorney
7
8
9                              **ORDER**
10      IT IS SO ORDERED.
11 Dated: January 31, 2011.
                                       EDMUND F. BRENNAN
12                                     UNITED STATES MAGISTRATE JUDGE