BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2799

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-00239-MCE-EFB |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| REAL PROPERTY LOCATED AT 14021 ALCALDE EXTENSION, GRASS VALLEY, CALIFORNIA, NEVADA COUNTY, APN NO: 53-180-29, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came before the Honorable Judge Edmund F. Brennan on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant real property to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

  1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed January 26, 2011.

////

    2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant Josh Ruppert.

    3.  The Clerk entered default against potential claimant Josh Ruppert on March 29, 2011.

    4.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimant Josh Ruppert received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

    Therefore, IT IS RECOMMENDED as follows:

    1.  That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

    2.  That a judgment by default be entered against any right, title, or interest of potential claimant Josh Ruppert in the defendant real property;

    3.  That a final judgment be entered, forfeiting all right, title, and interest in the defendant real property to the United States of America, to be disposed of according to law.

    4.  That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

Dated:  May 5, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE