BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2799

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-00239-MCE-EFB |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| REAL PROPERTY LOCATED AT 14021 ALCALDE EXTENSION, GRASS VALLEY, CALIFORNIA, NEVADA COUNTY, APN NO: 53-180-29, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Edmund F. Brennan on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant real property to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

///

1   ORDERED, ADJUDGED AND DECREED:

2   1.  The Magistrate Judge's Findings and Recommendations (ECF No. 13) are adopted herein.

3   2.  Josh Ruppert is held in default.

4   3.  A judgment by default is hereby entered against any right, title, or interest of Josh Ruppert in the defendant real property referenced in the above-caption.

5   4.  A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant real property to the United States, to be disposed of according to law.

6   5.  All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE